UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BOUNPONE MORISATH,

Petitioner,

v.

BRUCE SCOTT, *et al.*,

Respondents.

Case No. C26-1364-SKV

ORDER PROVISIONALLY GRANTING MOTION FOR TEMPORARY RESTRAINING ORDER AND DIRECTING BRIEFING

This is a federal habeas action brought under 28 U.S.C. § 2241.  This matter comes before the Court on Petitioner's Motion for Temporary Restraining Order (TRO).  *See* Dkt. 9. Petitioner asserts that he has been notified his removal is imminent, an assertion confirmed by a Notice of Intent to Remove filed by Respondents in this matter on April 28, 2026, advising that U.S. Immigration and Customs Enforcement ("ICE") intends to remove Petitioner to Laos after the expiration of 48 hours.  Dkt. 8.  Petitioner's motion raises serious questions going to the merits of his claims that his re-detention and potential removal from the United States violate due process.  *See* Dkt. 9; *All. for the Wild Rockies v. Cottrell*, 632 F.3d 1127, 1131 (9th Cir. 2011) (discussing the "sliding scale" approach to preliminary injunctive relief).  Therefore, to preserve the Court's jurisdiction over this matter pending resolution of the merits of Petitioner's

ORDER PROVISIONALLY GRANTING MOTION
FOR TEMPORARY RESTRAINING ORDER AND
DIRECTING BRIEFING - 1

claims, the Court will provisionally enjoin Petitioner's transfer or removal from the Western District of Washington until further order of the Court.  *See A.A.R.P. v. Trump*, 605 U.S. 91, 97 (2025) (Federal courts have "the power to issue injunctive relief to prevent irreparable harm to the applicants and to preserve . . . jurisdiction over the matter.").  Accordingly, the Court herein ORDERS that:

    (1)    Petitioner's motion for TRO, Dkt. 9, is provisionally GRANTED.

        (a)  Respondents are PROHIBITED from removing Petitioner from the United States or this jurisdiction—the Western District of Washington—without further order of this Court.

    (2)    To facilitate efficient resolution of this case and the motion for TRO, the briefing on Petitioner's habeas petition and the motion for TRO shall be submitted together as follows:

        (a)  Respondents shall include in their return, currently due **May 7, 2026**, briefing addressing the issues raised by the motion for TRO.

        (b)  Petitioner shall file a traverse or reply no later than **May 12, 2026**.

Dated this 29th day of April, 2026.

S. KATE VAUGHAN
United States Magistrate Judge

ORDER PROVISIONALLY GRANTING MOTION
FOR TEMPORARY RESTRAINING ORDER AND
DIRECTING BRIEFING - 2